UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AMBER D. MOORE,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>    Defendant. | No. EDCV 21-01503 GJS<br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of FOUR THOUSAND AND TWENTY-SIX 57/100 ($4,026.57) subject to the terms of the stipulation.

DATE:  April 1, 2022

_____
HON. GAIL J. STANDISH,
UNITED STATES MAGISTRATE JUDGE